NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

IN RE CYCLOBENZAPRINE HYDROCHLORIDE
EXTENDED-RELEASE CAPSULE PATENT
LITIGATION

---

EURAND, INC. (NOW KNOWN AS APTALIS
PHARMATECH, INC.), CEPHALON, INC.,
AND ANESTA AG,

*Plaintiffs- Appellees,*

v.

IMPAX LABORATORIES, INC.,

*Defendant-Appellant,*

AND

MYLAN INC. AND MYLAN PHARMACEUTICALS,
INC.,

*Defendants-Appellees,*

AND

PAR PHARMACEUTICAL INC. AND TWI
PHARMACEUTICALS INC.,

*Defendants.*

---

2012-1280

---

Appeal from the United States District Court for the District of Delaware in case no. 09-MD-2118, Judge Sue L. Robinson.

---

## ON MOTION

---

## O R D E R

Eurand, Inc. et al. move to partially dismiss Impax Laboratories, Inc.'s appeal, and seek a stay of the briefing schedule. Impax opposes. Eurand replies.

The court notes that Eurand served its brief on May 22, 2012.

With respect to the motion for partial dismissal, we deem it the better course to deny the motion and for Eurand to put its jurisdictional arguments in its brief.

Accordingly,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

**MAY 3 1 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Debra J. McComas, Esq.
     John R. Lane, Esq.
     James W. Wallace, Jr., Esq.

s23

FILED
U.S. COURT OF APPEALS FC:
THE FEDER^! C!^C!!T

MAY 3 1 2U1·

JAN HORBALY
CLERK